B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Creative Tile & Marble, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-4027427** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**6506 Logan Avenue, Unit B**<br>**Belvidere, IL**<br><div align="right">ZIP Code<br>**61008**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Boone** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                                                 Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Creative Tile & Marble, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____ <br> Signature of Attorney for Debtor(s)                 (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                               Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Creative Tile & Marble, Inc.** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X **/s/ Stephen G. Balsley**
Signature of Attorney for Debtor(s)

**Stephen G. Balsley**
Printed Name of Attorney for Debtor(s)

**Barrick, Switzer, Long, Balsley & Van Evera**
Firm Name

**6833 Stalter Drive**
**Rockford, IL 61108**

_____
Address

**815/962-6611  Fax: 815/962-0687**
Telephone Number

**August 20, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Darin Luhman**
Signature of Authorized Individual

**Darin Luhman**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**August 20, 2009**
Date

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Creative Tile & Marble, Inc.** _____ ,

Case No. _____

Chapter _____**7**_____

Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 2,300.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 102,135.35 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 8,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | 486,692.46 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 3 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 24 | | | |
| Total Assets | | | 2,300.00 | | |
| Total Liabilities | | | | 596,827.81 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Creative Tile & Marble, Inc.**                                          Case No. _____
                                                              ,
                                          Debtor              Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **Creative Tile & Marble, Inc.**                                    ,   Case No. _____
                                                                         Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |
| | (Report also on Summary of Schedules) | | |

__0__   continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07)

In re    **Creative Tile & Marble, Inc.**                                        ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Alpine Bank** | - | 0.00 |
| | | **National City Bank** | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Company furniture** | - | 1,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

<div align="right">

Sub-Total >        **1,000.00**
(Total of this page)

</div>

___2___ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Creative Tile & Marble, Inc.**                                    ,    Case No. _____
                                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Creative Tile & Marble, Inc.** _____ ,    Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | List of customers, but has no commercial value | - | 0.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1993 Ford pickup truck (130,000 miles) | - | 500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Two computers and fax machines | - | 300.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Clark Fork Lift | - | 500.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 1,300.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 2,300.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Creative Tile & Marble, Inc.**                          Case No. _____

                                                    ,
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **5158** <br><br> **National City Bank** <br> **P.O. Box 5570** <br> **Brecksville, OH 44101-0570** | X | - | **Business loan ecured by Debtor's residence at 3525 Partridge Lane, Belvidere, IL  61008** <br><br><br> Value $              **425,000.00** | | | | **102,135.35** | **0.00** |
| Account No. <br><br><br><br> | | | <br><br><br> Value $ | | | | | |
| Account No. <br><br><br><br> | | | <br><br><br> Value $ | | | | | |
| Account No. <br><br><br><br> | | | <br><br><br> Value $ | | | | | |

**0** continuation sheets attached

| | Subtotal <br> (Total of this page) | **102,135.35** | **0.00** |
|---|---|---|---|
| | Total <br> (Report on Summary of Schedules) | **102,135.35** | **0.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re   **Creative Tile & Marble, Inc.**                                            Case No. _____
                                                                    ,
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>     1     </u>   continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037
                                                                                Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Creative Tile & Marble, Inc.**_____,   Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx9931** <br><br>**Internal Revenue Service**<br>**P.O. Box 21126**<br>**Philadelphia, PA 19114-0326** | - | | **Payroll taxes** | | | | 8,000.00 | | 0.00 <br><br> 8,000.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal<br>(Total of this page) | 0.00<br>8,000.00 | 8,000.00 |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 0.00<br>8,000.00 | 8,000.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Creative Tile & Marble, Inc.**                                    Case No. _____
                                                                    ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxxx-xxxx-xxxx-1211 | | | | | | | | | |
| Advanta Bank Corp. P.O. Box 8088 Philadelphia, PA 19101-8088 | X | - | | | | | | | 9,891.15 |
| Account No. xx5490 | | | | | | | | | |
| All Tile, Inc. 1201 Chase Avenue Elk Grove Village, IL 60007 | X | - | | | | | | | 4,357.00 |
| Account No. xxxx-xxxxxx-x2004 | | | | | | | | | |
| American Express Box 0001 Los Angeles, CA 90096-8000 | X | - | | | | | | | 9,129.60 |
| Account No. xxxx-xxxxxx-x6005 | | | | | | | | | |
| American Express c/o James A. West, P.C. 6380 Rogerdale Road, Suite 130 Houston, TX 77072-1624 | X | - | | | | | | | 9,038.23 |

__12__ continuation sheets attached

Subtotal
(Total of this page)                                                                    32,415.98

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              S/N:21001-090622   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Creative Tile & Marble, Inc.** _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxxx-x2007** <br><br> **American Express** <br> **Box 1001** <br> **Los Angeles, CA 90096-8000** | X | - | | | | | 11,210.72 |
| Account No. **3305** <br><br> **American Olean Midwest** <br> **805 Mark Street** <br> **Elk Grove Village, IL 60007-6705** | X | - | | | | | 1,421.20 |
| Account No. **xxxx9454; xxxxxxxxx3001** <br><br> **AT&T Long Distance** <br> **c/o Southwest Credit Systems, L.P.** <br> **5910 West Plano Parkway, Suite 100** <br> **Plano, TX 75093-4638** | | - | | | | | 509.64 |
| Account No. <br><br> **Attorney Nathan Noble** <br> **215 South State Street** <br> **Belvidere, IL 61008** | | - | Legal services | | | | 1,300.00 |
| Account No. **xxxx-xxxx-xxxx-0629** <br><br> **BP** <br> **Cardmember Service** <br> **P.O. Box 15325** <br> **Wilmington, DE 19886-5325** | X | - | | | | | 1,472.39 |

Sheet no. __1__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **15,913.95**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Creative Tile & Marble, Inc.**                                          ,     Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **C & H Builders** **1534 Ruby Street** **Belvidere, IL 61008** | - | | | | | | 20,000.00 |
| Account No. **xxxx-xxxx-xxxx-6197** | | | | | | | |
| **Capital One Bank (USA), N.A.** **P.O. Box 71083** **Charlotte, NC 28272-1083** | - | | | | | | 4,626.14 |
| Account No. **xxxx xxxx xxxx 4750** | | | | | | | |
| **Chase Visa** **P.O. Box 2188** **Westport, CT 06880-0188** | - | | | | | | 14,364.82 |
| Account No. **xxxxx8366** | | | | | | | |
| **Citgo** **P.O. Box 2224** **Birmingham, AL 35246-0017** | - | | | | | | 406.21 |
| Account No. **xxxx xxxx xxxx 7949** | | | | | | | |
| **CitiBusiness Card** **P.O. Box 688901** **Des Moines, IA 50368-8901** | - | | | | | | 16,168.15 |

Sheet no. __2__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **55,565.32**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Creative Tile & Marble, Inc.** _____,   Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Comcast Communications**<br>**P.O. Box 3002**<br>**Southeastern, PA 19398-3002** | - | | **01-054000-8798540410025310-00**<br>**01532709862** | | | | 171.26 |
| Account No. **xxxxxx3068**<br><br>**Commonwealth Edison**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0002** | - | | | | | | 693.80 |
| Account No. **xxxxxx3041**<br><br>**Commonwealth Edison**<br>**P.O. Box 6111**<br>**Carol Stream, IL 60197-6111** | - | | | | | | 1,059.80 |
| Account No. **xxxxxx5172**<br><br>**Commonwealth Edison**<br>**P.O. Box 6111**<br>**Carol Stream, IL 60197-6111** | - | | | | | | 156.77 |
| Account No. **xxx163-3**<br><br>**Cumulus Media-Rockford**<br>**c/o RDK Collection Services, Inc.**<br>**2899 East Big Beaver Road, PMB 313**<br>**Troy, MI 48083-2466** | - | | | | | | 6,410.00 |

Sheet no. __3__ of __12__ sheets attached to Schedule of        Subtotal                 | 8,491.63
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Creative Tile & Marble, Inc.**                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx3818** <br><br> **Dal-Tile Distribution, Inc.** <br> **7834 Hawn Freeway** <br> **Dallas, TX 75217** | X | - | | | | | 2,089.81 |
| Account No. **2768** <br><br> **Discover** <br> **P.O. Box 6103** <br> **Carol Stream, IL 60197-6103** | X | - | | | | | 6,108.60 |
| Account No. **xxxx xxxx xxxx 9934** <br><br> **Exxon Mobil** <br> **Processing Center** <br> **P.O. Box 688938** <br> **Des Moines, IA 50368-8938** | | - | | | | | 3,007.89 |
| Account No. <br><br> **F & C Flooring Distributors** <br> **N5761 County Road M** <br> **Plymouth, WI 53073** | X | - | | | | | 14,362.00 |
| Account No. **xxxx xxxx xxxx 5529** <br><br> **First Equity Card Corp.** <br> **P.O. Box 23029** <br> **Columbus, GA 31902-3029** | | - | | | | | 10,547.19 |

Sheet no. __4___ of __12__ sheets attached to Schedule of                                        Subtotal                     36,115.49
Creditors Holding Unsecured Nonpriority Claims                                           (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Creative Tile & Marble, Inc.** ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Floorstar 1325 North Mittle Boulevard Wood Dale, IL 60191 | X | - | | | | | | 582.81 |
| Account No. **xxxx xxxx xxxx 5279** | | | | | | | | |
| Home Depot Credit Services P.O. Box 6029 The Lakes, NV 88901-6029 | | - | | | | | | 9,147.99 |
| Account No. **xx4081** | | | | | | | | |
| Illinois Labor Law Poster Service 5859 West Saginaw Highway, #343 Lansing, MI 48917-2460 | | - | | | | | | 67.25 |
| Account No. **xx1671** | | | | | | | | |
| Jaeckle Wholesale, Inc. 4101 Owl Creek Drive Madison, WI 53718 | X | - | | | | | | 6,940.90 |
| Account No. | | | | | | | | |
| Jan Luhman 801 East Lincoln Avenue Belvidere, IL 61008 | X | - | | | | | | 8,000.00 |

| | |
|---|---|
| Sheet no. __5__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page)  24,738.95 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Creative Tile & Marble, Inc.** ,  Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **XXXXXxxxxxx2001** | | | | | | | | | |
| **JPMorgan Chase Bank Portfolio Mgmt. Center - AZ1-1004 201 North Central Avenue, 17th Flr. Phoenix, AZ 85004** | X | - | | | | | | | 34,921.08 |
| Account No. | | | | | | | | | |
| **L.W. Mountain Hardwood 1615 Dundee Avenue, Suite C Elgin, IL 60120** | X | - | | | | | | | 485.91 |
| Account No. **xxxxx4105; Axxxxxxx7052** | | | | | | | | | |
| **Labor Law Poster Service 5859 West Saginaw #343 Lansing, MI 48917-2460** | | - | | | | | | | 67.25 |
| Account No. **x0799** | | | | | | | | | |
| **Lexco Tile & Stone 1616 South 108th Street Milwaukee, WI 53214** | X | - | | | | | | | 832.26 |
| Account No. **x4393** | | | | | | | | | |
| **Lockwood Flooring 8249 Brentwood Industrial Drive St. Louis, MO 63144** | X | - | | | | | | | 2,925.11 |

Sheet no. __6__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) — **39,231.61**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Creative Tile & Marble, Inc.**                                    ,   Case No. _____
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx5757**<br><br>**Lowe's/GE Money Bank**<br>**Bankruptcy Department**<br>**P.O. Box 103104**<br>**Roswell, GA 30076** | - | | | | | | 7,599.63 |
| Account No. **FZxxxx9904**<br><br>**Manufacturers News, Inc.**<br>**1633 Central Street**<br>**Evanston, IL 60201-1569** | - | | | | | | 140.06 |
| Account No. **xx0266**<br><br>**Marathan Petroleum**<br>**P.O. Box 740109**<br>**Cincinnati, OH 45274** | - | | | | | | 1,968.84 |
| Account No.<br><br>**Maverick Media**<br>**2830 Sandy Hollow Road**<br>**Rockford, IL 61109** | - | | | | | | 1,475.00 |
| Account No. **xx0399; xx0085**<br><br>**MDC Environmental Services**<br>**1050 Greenlee Street**<br>**Marengo, IL 60152** | - | | | | | | 487.92 |

Sheet no. __7__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    11,671.45

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Creative Tile & Marble, Inc.**                              , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxx-xxxx-xxxx-8799** | | | | | | | | | |
| Menards/HSBC Business Solutions P.O. Box 5219 Carol Stream, IL 60197-5219 | X | - | | | | | | | 9,006.50 |
| Account No. **xxxxxxxxxxxx0222** | | | | | Credit card machine - $25.00 per month two years left on contact | | | | |
| Merchant Services P.O. Box 2485 Spokane, WA 99210-2485 | | - | | | | | | | 600.00 |
| Account No. | | | | | | | | | |
| Mid-America Tile, Inc. c/o Attorney Shawn C. Fulbright 1717 E. State St., P.O. Box 1510 Rockford, IL 61110-0010 | X | - | | | | | | | 10,265.87 |
| Account No. | | | | | | | | | |
| Mohawk Factoring, Inc. c/o Attorney Shawn C. Fulbright 1717 E. State St., P.O. Box 1510 Rockford, IL 61110-0010 | X | - | | | | | | | 3,958.29 |
| Account No. **xxxx xxxx xxxx 1467** | | | | | | | | | |
| National City P.O. Box 856176 Louisville, KY 40285-6176 | X | - | | | | | | | 7,907.77 |

Sheet no. __8__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

31,738.43

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Creative Tile & Marble, Inc.**                                          ,      Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **xxxx-xxxx-xxxx-3611** | | | | Line of Credit | | | | |
| National City Bank One NCC Parkway Mail Code K-A16-2B Kalamazoo, MI 49009 | X | - | | | | | | 43,975.50 |
| Account No. **PAxxxx3898** | | | | Overdrawn account | | | | |
| National City Bank Loss Prevention R-J2S-57 400 West Fourth Street Royal Oak, MI 48067-2557 | | - | | | | | | 1,084.45 |
| Account No. **xx-xx-xx-x539  1** | | | | | | | | |
| Nicor P.O. Box 0632 Aurora, IL 60507-0632 | | - | | | | | | 363.74 |
| Account No. | | | | | | | | |
| Northwest Quarterly Magazine 728 North Prospect Street Rockford, IL 61107 | | - | | | | | | 4,143.00 |
| Account No. **xxx-xxx-810-2** | | | | | | | | |
| Phillips 66 Processing Center P.O. Box 689060 Des Moines, IA 50368-9060 | X | - | | | | | | 1,203.84 |

Sheet no. __9__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                50,770.53

B6F (Official Form 6F) (12/07) - Cont.

In re **Creative Tile & Marble, Inc.**                                    , Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx2126** | | | | | | | | |
| Preverco Wood c/o Group Echo 235-455 Marais Vanier, QC | X | - | | | | | | 5,180.00 |
| Account No. **xxxxx5918-Q; xxx8348** | | | | | | | | |
| Quill Corporation c/o Receivable Management Services 55 Shuman Road, P.O. Box 3099 Naperville, IL 60566-7099 | | - | | | | | | 169.86 |
| Account No. **6329** | | | | | | | | |
| Rockford Auto Glass c/o Account Recovery Services, Inc. P.O. Box 2526 Loves Park, IL 61132 | X | - | | | | | | 2,353.86 |
| Account No. **xxx3163** | | | | | | | | |
| Rockford Register Star c/o Biehl & Biehl, Inc. P.O. Box 87410 Carol Stream, IL 60188-7410 | | - | | | | | | 1,951.72 |
| Account No. **8000** | | | | | | | | |
| Sam's Club/GE Capital Financial P.O. Box 530970 Atlanta, GA 30353-0970 | | - | | | | | | 1,000.00 |

Sheet no. _**10**_ of _**12**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    10,655.44

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Creative Tile & Marble, Inc.** _____ ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | | | | | |
| **Sharon Smith** **3285 Samuelson Road** **61109** | X | - | | | | | | | 90,000.00 |
| Account No. **xxxx4645** | | | | | | | | | |
| **Shaw Suburban Media** **P.O. Box 250** **Crystal Lake, IL 60039-0250** | | - | | | | | | | 736.40 |
| Account No. **xxxx-xxxx-xxxx-7537** | | | | | | | | | |
| **Target National Bank** **P.O. Box 59317** **Minneapolis, MN 55459-0317** | X | - | | | | | | | 13,471.49 |
| Account No. | | | | | | | | | |
| **United Flooring Distributors, Inc.** **6201 Material Avenue** **Loves Park, IL 61111** | X | - | | | | | | | 14,851.85 |
| Account No. **xxxxxxxxxxxx1001; OOC179** | | | | | | | | | |
| **Verizon** **c/o NCO Financial Systems** **P.O. Box 15391** **Wilmington, DE 19850-5391** | | - | | | | | | | 359.98 |

Sheet no. __11__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                119,419.72

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Creative Tile & Marble, Inc.**                                    ,    Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Wescott-Hindmarsh** **5621 West 115 Street** **Alsip, IL 60803-5125** | X | - | | | | | 8,099.96 |
| Account No. **xxxxxx1206** | | | | | | | |
| **Westfield Insurance Group** **3 Golf Road, Suite 352** **Hoffman Estates, IL 60169** | | - | | | | | 32,720.54 |
| Account No. | | | | | | | |
| **WQRF/WTVO** **1917 North Meridian Road** **P.O. Box 470** **Rockford, IL 61105** | | - | | | | | 990.00 |
| Account No. **xx4325** | | | | | | | |
| **Yellow Book USA** **c/o Rauch-Milliken International** **P.O. Box 8390** **Metairie, LA 70011-8390** | | - | | | | | 8,153.46 |
| Account No. | | | | | | | |
| | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __12__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 49,963.96 |
| | Total (Report on Summary of Schedules) | 486,692.46 |

B6G (Official Form 6G) (12/07)

In re **Creative Tile & Marble, Inc.** ,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Don Bush**<br>**6506 Logan Avenue**<br>**Belvidere, IL 61008** | **Lease one-half of building for $4,200.00 per month** |
| **Merchant Services**<br>**P.O. Box 2485**<br>**Spokane, WA 99210-2485** | **Credit card machine $25.00 per month; two years left on contract** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re   **Creative Tile & Marble, Inc.** _____,   Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Darin Luhman**<br>**3525 Partridge Lane**<br>**Belvidere, IL 61008**<br>  **Guaranteed corporate debt** | **Target National Bank**<br>**P.O. Box 59317**<br>**Minneapolis, MN 55459-0317** |
| **Darin Luhman**<br>**3525 Partridge Lane**<br>**Belvidere, IL 61008**<br>  **Guaranted corporate debt** | **Discover**<br>**P.O. Box 6103**<br>**Carol Stream, IL 60197-6103** |
| **Darin Luhman**<br>**3525 Partridge Lane**<br>**Belvidere, IL 61008**<br>  **Guaranteed corporate debt** | **BP**<br>**Cardmember Service**<br>**P.O. Box 15325**<br>**Wilmington, DE 19886-5325** |
| **Darin Luhman**<br>**3525 Partridge Lane**<br>**Belvidere, IL 61008**<br>  **Guaranteed corporate debt** | **Phillips 66**<br>**Processing Center**<br>**P.O. Box 689060**<br>**Des Moines, IA 50368-9060** |
| **Darin Luhman**<br>**3525 Partridge Lane**<br>**Belvidere, IL 61008**<br>  **Guaranteed corporate debt** | **National City Bank**<br>**P.O. Box 5570**<br>**Brecksville, OH 44101-0570** |
| **Darin Luhman**<br>**3525 Partridge Lane**<br>**Belvidere, IL 61008**<br>  **Guaranteed corporate debt** | **Advanta Bank Corp.**<br>**P.O. Box 8088**<br>**Philadelphia, PA 19101-8088** |
| **Darin Luhman**<br>**3525 Partridge Lane**<br>**Belvidere, IL 61008**<br>  **Guaranteed corporate debt** | **National City**<br>**P.O. Box 856176**<br>**Louisville, KY 40285-6176** |
| **Darin Luhman**<br>**3525 Partridge Lane**<br>**Belvidere, IL 61008**<br>  **Guaranteed corporate debt** | **Menards/HSBC Business Solutions**<br>**P.O. Box 5219**<br>**Carol Stream, IL 60197-5219** |
| **Darin Luhman**<br>**3525 Partridge Lane**<br>**Belvidere, IL 61008**<br>  **Guaranteed corporate debt** | **American Express**<br>**Box 0001**<br>**Los Angeles, CA 90096-8000** |

**2**

____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Creative Tile & Marble, Inc.**                                                      ,      Case No. _____

                                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Darin Luhman**<br>**3525 Partridge Lane**<br>**Belvidere, IL 61008**<br>      **Guaranteed corporate debt** | **American Express**<br>**c/o James A. West, P.C.**<br>**6380 Rogerdale Road, Suite 130**<br>**Houston, TX 77072-1624** |
| **Darin Luhman**<br>**3525 Partridge Lane**<br>**Belvidere, IL 61008**<br>      **Guaranteed corporate debt** | **American Express**<br>**Box 1001**<br>**Los Angeles, CA 90096-8000** |
| **Darin Luhman**<br>**3525 Partridge Lane**<br>**Belvidere, IL 61008**<br>      **Guaranteed corporate debt** | **National City Bank**<br>**One NCC Parkway**<br>**Mail Code K-A16-2B**<br>**Kalamazoo, MI 49009** |
| **Darin Luhman**<br>**3525 Partridge Lane**<br>**Belvidere, IL 61008**<br>      **Guaranteed corporate debt** | **All Tile, Inc.**<br>**1201 Chase Avenue**<br>**Elk Grove Village, IL 60007** |
| **Darin Luhman**<br>**3525 Partridge Lane**<br>**Belvidere, IL 61008**<br>      **Guaranteed corporate debt** | **American Olean Midwest**<br>**805 Mark Street**<br>**Elk Grove Village, IL 60007-6705** |
| **Darin Luhman**<br>**3525 Partridge Lane**<br>**Belvidere, IL 61008**<br>      **Guaranteed corporate debt** | **Dal-Tile Distribution, Inc.**<br>**7834 Hawn Freeway**<br>**Dallas, TX 75217** |
| **Darin Luhman**<br>**3525 Partridge Lane**<br>**Belvidere, IL 61008**<br>      **Guaranteed corporate debt** | **F & C Flooring Distributors**<br>**N5761 County Road M**<br>**Plymouth, WI 53073** |
| **Darin Luhman**<br>**3525 Partridge Lane**<br>**Belvidere, IL 61008**<br>      **Guaranteed corporate debt** | **Floorstar**<br>**1325 North Mittle Boulevard**<br>**Wood Dale, IL 60191** |
| **Darin Luhman**<br>**3525 Partridge Lane**<br>**Belvidere, IL 61008**<br>      **Guaranteed corporate debt** | **Jaeckle Wholesale, Inc.**<br>**4101 Owl Creek Drive**<br>**Madison, WI 53718** |
| **Darin Luhman**<br>**3525 Partridge Lane**<br>**Belvidere, IL 61008**<br>      **Guaranteed corporate debt** | **L.W. Mountain Hardwood**<br>**1615 Dundee Avenue, Suite C**<br>**Elgin, IL 60120** |

Sheet   **1**   of   **2**   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

In re    **Creative Tile & Marble, Inc.** _____ ,    Case No. _____
                                       Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Darin Luhman**<br>**3525 Partridge Lane**<br>**Belvidere, IL 61008**<br>   **Guaranteed corporate debt** | **Lexco Tile & Stone**<br>**1616 South 108th Street**<br>**Milwaukee, WI 53214** |
| **Darin Luhman**<br>**3525 Partridge Lane**<br>**Belvidere, IL 61008**<br>   **Guaranteed corporate debt** | **Lockwood Flooring**<br>**8249 Brentwood Industrial Drive**<br>**St. Louis, MO 63144** |
| **Darin Luhman**<br>**3525 Partridge Lane**<br>**Belvidere, IL 61008**<br>   **Guaranteed corporate debt** | **Mid-America Tile, Inc.**<br>**c/o Attorney Shawn C. Fulbright**<br>**1717 E. State St., P.O. Box 1510**<br>**Rockford, IL 61110-0010** |
| **Darin Luhman**<br>**3525 Partridge Lane**<br>**Belvidere, IL 61008**<br>   **Guaranteed corporate debt** | **Mohawk Factoring, Inc.**<br>**c/o Attorney Shawn C. Fulbright**<br>**1717 E. State St., P.O. Box 1510**<br>**Rockford, IL 61110-0010** |
| **Darin Luhman**<br>**3525 Partridge Lane**<br>**Belvidere, IL 61008**<br>   **Guaranteed corporate debt** | **Preverco Wood**<br>**c/o Group Echo**<br>**235-455 Marais**<br>**Vanier, QC** |
| **Darin Luhman**<br>**3525 Partridge Lane**<br>**Belvidere, IL 61008**<br>   **Guaranteed corporate debt** | **Rockford Auto Glass**<br>**c/o Account Recovery Services, Inc.**<br>**P.O. Box 2526**<br>**Loves Park, IL 61132** |
| **Darin Luhman**<br>**3525 Partridge Lane**<br>**Belvidere, IL 61008**<br>   **Guaranteed corporate debt** | **United Flooring Distributors, Inc.**<br>**6201 Material Avenue**<br>**Loves Park, IL 61111** |
| **Darin Luhman**<br>**3525 Partridge Lane**<br>**Belvidere, IL 61008**<br>   **Guaranteed corporate debt** | **Wescott-Hindmarash**<br>**5621 West 115 Street**<br>**Alsip, IL 60803-5125** |
| **Darin Luhman**<br>**3525 Partridge Lane**<br>**Belvidere, IL 61008** | **Sharon Smith**<br>**3285 Samuelson Road**<br>**61109** |
| **Darin Luhman**<br>**3525 Partridge Lane**<br>**Belvidere, IL 61008** | **Jan Luhman**<br>**801 East Lincoln Avenue**<br>**Belvidere, IL 61008** |
| **Stephanie Luhman**<br>**PLEASE PROVIDE** | **JPMorgan Chase Bank**<br>**Portfolio Mgmt. Center - AZ1-1004**<br>**201 North Central Avenue, 17th Flr.**<br>**Phoenix, AZ 85004** |

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re     **Creative Tile & Marble, Inc.**                                    Case No.

                                                    Debtor(s)        Chapter     **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**26**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **August 20, 2009**                          Signature    **/s/ Darin Luhman**

                                                                **Darin Luhman**
                                                                **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Creative Tile & Marble, Inc.**                       Case No.                           

                                      Debtor(s)            Chapter     **7**                           

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | **2008 - Gross sales $525,000.00 - no net profit** |
| $0.00 | **2007 - Gross sales $480,000.00 - net net profit** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                 SOURCE

2

### 3. Payments to creditors

None
■

**Complete a. or b., as appropriate, and c.**

    a.   *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Darin Luhman**<br>**3525 Partridge Lane**<br>**Belvidere, IL 61008** | **From June 2008 through November 2008 - repaid $3,000.00 per month - still owe $80,000.00; also transferred $1,000.00 worth of tools in June 2009.** | **$0.00** | **$0.00** |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Mohawk Servicing, Inc. vs. Creative Tile & Marble, Inc. and Darin Luhman**<br>**Case No. 09-SC-323** | **Collection** | **Boone County, Illinois** | **Pending** |
| **Mid-America Tile, Inc. vs. Creative Tile & Marble, Inc. and Stephanie Luhman**<br>**Case No. 09-SC-324** | **Collection** | **Boone County, Illinois** | **Pending** |
| **United Flooring Distributors, Inc. vs. Crative Tile & Marble, Inc.**<br>**Case No. 2009-AR-612** | **Collection** | **Winnebago County, Illinoi** | **Pending** |

None
■
b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**5. Repossessions, foreclosures and returns**

None
■
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

4

**9. Payments related to debt counseling or bankruptcy**

None
☐     List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation
        concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately
        preceding the commencement of this case.

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYOR IF OTHER<br>THAN DEBTOR | AMOUNT OF MONEY<br>OR DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| **Attorney Stephen G. Balsley**<br>**Barrick, Switzer, Long, Balsley & Van Evera**<br>**6833 Stalter Drive**<br>**Rockford, IL 61108** | **June 23, 2009** | **$2,500.00 attorney fees;**<br>**$299.00 costs** |

**10. Other transfers**

None
☐     a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor,
        transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors
        filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the
        spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE,<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED<br>AND VALUE RECEIVED |
|---|---|---|
| **Amy Harris** | **April 2009** | **Transferred 2002 Lincoln with value of $4,000.00**<br>**to Amy Harris to pay loan of $4,000.00.** |
| **C & H Builders**<br>**1534 Ruby Street**<br>**Belvidere, IL 61008** | **June 2009** | **Transferred inventory to C&H for $5,000.00 fair**<br>**market value; used proceeds to pay Internal**<br>**Revenue Service.** |
| **Darin Luhman**<br>**3525 Partridge Lane**<br>**Belvidere, IL 61008** | **June 2009** | **Transferred tools valued at $1,000.00 to pay**<br>**towards loan of goods to Darin Luhman.** |
| **Darin Luhman**<br>**3525 Partridge Lane**<br>**Belvidere, IL 61008** | **June 2009** | **Transferred GM van valued at $1,000.00 for**<br>**current wages to Darin Luhman.** |

None
■     b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled
        trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER<br>DEVICE | DATE(S) OF<br>TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND<br>VALUE OF PROPERTY OR DEBTOR'S INTEREST<br>IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■     List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or
        otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other
        financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds,
        cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must
        include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed,
        unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR<br>DIGITS OF ACCOUNT NUMBER,<br>AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE<br>OR CLOSING |
|---|---|---|

5

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **3525 Partridge Lane** **Belvidere, IL  61008** | | **1998 - 2006** |

**16.  Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

6

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable
or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known,
the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a
partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years**
immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six
years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six
years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Creative Tile & Marble, Inc.** | 7427 | 6506 Logan Avenue Belvidere, IL 61008 | Sales and installation of tile | 1996 - 2009 |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has
been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or
owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole
proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above,
within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go
directly to the signature page.)*

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                                        Best Case Bankruptcy

7

**19. Books, records and financial statements**

None  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or
☐    supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Elaine Faherty** | **2005 - 2009** |
| **4995 Yale Bridge Road** | |
| **Rockford, IL 61109** | |

None  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
☐    of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **.** | | **Worker's compensation insurance did audit every year** |

None  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
☐    of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Attorney Nathan Noble** | **215 South State Street** |
| **Has financial records** | **Belvidere, IL 61008** |
| **John Morrisey Accountants** | **5919 Spring Creek Road** |
| **Has financial records** | **Rockford, IL 61114** |

None  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
■    issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**20. Inventories**

None  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■    and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
■

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☐

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Darin Luhman** | **100% shareholder and President** | |
| **3525 Partridge Lane** | | |
| **Belvidere, IL 61008** | | |

8

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Darin Luhman**<br>**3525 Partridge Lane**<br>**Belvidere, IL 61008** | **President** | **100%** |

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None ☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Darin Luhman**<br>**3525 Partridge Lane**<br>**Belvidere, IL 61008** | **2008 wages** | **$3,500.00** |
| **Darin Luhman**<br>**3525 Partridge Lane**<br>**Belvidere, IL 61008** | **2008 Loan repayment** | **$18,000.00** |
| **Darin Luhman**<br>**3525 Partridge Lane**<br>**Belvidere, IL 61008** | **2009 Loan repayment** | **$1,799.00** |

### 24. Tax Consolidation Group.

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

None ■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

9

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **August 20, 2009**                    Signature    **/s/ Darin Luhman**
                                                           **Darin Luhman**
                                                           **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Creative Tile & Marble, Inc.**                                              Case No. _____

_____
                                                                Debtor(s)         Chapter     **7**     _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept........................................................................ | $ | **2,799.00** |
| Prior to the filing of this statement I have received........................................................... | $ | **2,799.00** |
| Balance Due...................................................................................................................... | $ | **0.00** |

2.  The source of the compensation paid to me was:

     ■         Debtor                    ☐         Other (specify):

3.  The source of compensation to be paid to me is:

     ■         Debtor                    ☐         Other (specify):

4.  ■      I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐      I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]
          **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **August 20, 2009**                                        **/s/ Stephen G. Balsley**
_____                    _____
                                                                **Stephen G. Balsley**
                                                                **Barrick, Switzer, Long, Balsley & Van Evera**
                                                                **6833 Stalter Drive**
                                                                **Rockford, IL 61108**
                                                                **815/962-6611   Fax: 815/962-0687**

---

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Creative Tile & Marble, Inc.**

Debtor(s)

Case No. _____

Chapter    **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **153**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **August 20, 2009**

**/s/ Darin Luhman**

**Darin Luhman**/President
Signer/Title

Advanta
P.O. Box 9090
Gray, TN 37615

Advanta Bank Corp
P.O. Box 844
Spring House, PA 19477-0844

Advanta Bank Corp
P.O. Box 30715
Salt Lake City, UT 84130-0715

Advanta Bank Corp.
P.O. Box 8088
Philadelphia, PA 19101-8088

Advanta Business Card
c/o Phhillips & Cohen Associates
1002 Justison Street
Wilmington, DE 19801

Advanta Business Card
c/o Phillips & Cohen Associates
P.o. Box 48458
Oak Park, MI 48237

All Tile, Inc.
1201 Chase Avenue
Elk Grove Village, IL 60007

All Tile, Inc.
%Coface Collections North America
P.O. Box 8510
Metairie, LA 70011-8510

All Tile, Inc.
%Coface Collections North America
3001 Division Street
Metairie, LA 70002

All Tile, Inc.
%Coface Collections North America
312 S.E. Stonemill Drive, Suite 145
Vancouver, WA 98684

All Tile, Inc.
%Coface Collections North America
6021 South Syracuse Way, Suite 100
Greenwood Village, CO 80111


All Tile, Inc.
%Coface Collections North America
2700 East Bilby Road, Suite 100
Tucson, AZ 85706


American Express
Box 0001
Los Angeles, CA 90096-8000


American Express
Box 1001
Los Angeles, CA 90096-8000


American Express
c/o Nationwide Credit, Inc.
3010 Corporate Way
Miramar, FL 33025-6547


American Express
c/o Nationwide Credit, Inc.
P.O. Box 740640
Atlanta, GA 30374-0640


American Express
c/o GC Services Limited Partnership
P.O. Box 46960
Saint Louis, MO 63146


American Express
c/o GC Services Limited Partnership
6330 Gulfton
Houston, TX 77081


American Express
c/o Mann Bracken, LLP
702 King Farm Boulevard
Rockville, MD 20850-5775

American Express
c/o Blatt, Hasenmiller, et al.
125 South Wacker Drive, Suite 400
Chicago, IL 60606-4440


American Express
c/o United Recovery Systems
P.O. Box 722929
Houston, TX 77272-2929


American Express
c/o United Recovery Systems
5800 North Course Drive
Houston, TX 77072


American Express
c/o James A. West, P.C.
6380 Rogerdale Road, Suite 130
Houston, TX 77072-1624


American Express
P.O. Box 981535
El Paso, TX 79998-1535


American Olean Midwest
805 Mark Street
Elk Grove Village, IL 60007-6705


American Olean Midwest
c/o Stuart Allan & Associates
5447 East 5th Street, Suite 110
Tucson, AZ 85711-2345


AT&T
p.o. bOX 78522
Phoenix, AZ 85062-8522


AT&T Long Distance
c/o Southwest Credit Systems, L.P.
5910 West Plano Parkway, Suite 100
Plano, TX 75093-4638


AT&T Long Distance
c/o Southwest Credit Systems, L.P.
P.O. Box 1985
Southgate, MI 48195-0985

```
Attorney Nathan Noble
215 South State Street
Belvidere, IL 61008


BP
Cardmember Service
P.O. Box 15325
Wilmington, DE 19886-5325


BP
P.O. Box 15298
Wilmington, DE 19850-5298


BP
P.O. Box 15299
Wilmington, DE 19850-5299


C & H Builders
1534 Ruby Street
Belvidere, IL 61008


Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285


Capital One
P.O. Box 5155
Norcross, GA 30091


Capital One Bank (USA), N.A.
P.O. Box 71083
Charlotte, NC 28272-1083


Capital One Bank (USA), N.A.
P.O. Box 6492
Carol Stream, IL 60197-6492


Chase
Cardmember Service
P.O. Box 15153
Wilmington, DE 19886-5153


Chase
P.O. Box 15298
Wilmington, DE 19850-5298
```

Chase
P.O. Box 15049
Wilmington, DE 19850-5049

Chase
P.O. Box 15299
Wilmington, DE 19850-5299

Chase Visa
P.O. Box 2188
Westport, CT 06880-0188

Citgo
P.O. Box 2224
Birmingham, AL 35246-0017

Citgo
P.O. Box 923928
Norcross, GA 30010

Citi Cards
P.O. Box 6077
Sioux Falls, SD 57117-6077

Citi/Phillips 66
P.O. Box 6402
Sioux Falls, SD 57117

CitiBusiness Card
P.O. Box 688901
Des Moines, IA 50368-8901

CitiBusiness Card
P.O. Box 44180
Jacksonville, FL 32231-4180

Citicorp Credit Services, Inc.
Allianceone Receivables Management
P.O. Box 3107
Southeastern, PA 19398-3107

Citicorp Credit Services, Inc.
Allianceone Receivables Management
P.O. Box 510987
Livonia, MI 48151-6987

Comcast Communications
P.O. Box 3002
Southeastern, PA 19398-3002


ComEd
c/o I.C. System, Inc.
444 Highway 96 East, P.O. Box 64378
St. Paul, MN 55164-0378


Commonwealth Edison
Bill Payment Center
Chicago, IL 60668-0002


Commonwealth Edison
P.O. Box 6111
Carol Stream, IL 60197-6111


Commonwealth Edison
c/o Credit Collection Services
Two Wells Avenue, Dept. 773
Newton Center, MA 02459


Commonwealth Edison
c/o Credit Collectio Services
P.O. Box 55126
Boston, MA 02205-5126


Commonwealth Edison
c/o Torres Credit Services, Inc.
27 Fairview Street, P.O. Box 189
Carlisle, PA 17015-3121


CST Co.
P.O. Box 33127
Louisville, KY 40232-3127


Cumulus Media-Rockford
c/o RDK Collection Services, Inc.
2899 East Big Beaver Road, PMB 313
Troy, MI 48083-2466


Dal-Tile Distribution, Inc.
7834 Hawn Freeway
Dallas, TX 75217

Darin Luhman
3525 Partridge Lane
Belvidere, IL 61008


Discover
P.O. Box 6103
Carol Stream, IL 60197-6103


Discover
P.O. Box 30943
Salt Lake City, UT 84130


Don Bush
6506 Logan Avenue
Belvidere, IL 61008


Exxon Mobil
Processing Center
P.O. Box 688938
Des Moines, IA 50368-8938


Exxon Mobil
P.O. Box 688941
Des Moines, IA 50368-8941


F & C Flooring
c/o Attorney Brian T. Morgan
728 North Court Street
Rockford, IL 61103


F & C Flooring Distributors
N5761 County Road M
Plymouth, WI 53073


First Equity Card Corp.
P.O. Box 23029
Columbus, GA 31902-3029


First Equity Card Corp.
P.O. Box 84075
Columbus, GA 31901-4075


Floorstar
1325 North Mittle Boulevard
Wood Dale, IL 60191

Home Depot
P.O. Box 653002
Dallas, TX 75265-3002

Home Depot Credit Services
P.O. Box 6029
The Lakes, NV 88901-6029

Illinois Labor Law Poster Service
5859 West Saginaw Highway, #343
Lansing, MI 48917-2460

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114-0326

Internal Revenue Service
ACS Support - Stop 813G
P.O. Box 145566
Cincinnati, OH 45250-5566

Internal Revenue Service
Cincinnati, OH 45999-0039

Jaeckle Wholesale, Inc.
4101 Owl Creek Drive
Madison, WI 53718

Jaeckle Wholesale, Inc.
c/o Kohner, Mann & Kailas
4650 North Porth Washington Road
Milwaukee, WI 53212-1059

Jan Luhman
801 East Lincoln Avenue
Belvidere, IL 61008

JPMorgan Chase
P.O. Box 29550 AZ1-1004
Phoenix, AZ 85038

JPMorgan Chase Bank
Portfolio Mgmt. Center - AZ1-1004
201 North Central Avenue, 17th Flr.
Phoenix, AZ 85004


L.W. Mountain Hardwood
1615 Dundee Avenue, Suite C
Elgin, IL 60120


Labor Law
Poster Service
5859 West Saginaw #343
Lansing, MI 48917-2460


Lexco Tile & Stone
1616 South 108th Street
Milwaukee, WI 53214


Lexco Tile & Stone
c/o Wisconsin Credit Association
15755 West Rogers Drive, Suite 200
New Berlin, WI 53151-0157


Lexco Tile & Stone
c/o Wisconsin Credit Association
P.O. Box 510157
New Berlin, WI 53151-0157


Lockwood Flooring
8249 Brentwood Industrial Drive
St. Louis, MO 63144


Lowe's
c/o Allied Interstate
P.O. Box 1962
Southgate, MI 48195-0962


Lowe's
c/o Allied Interstate
3000 Corporate Exchange Drive
Columbus, OH 43231


Lowe's
c/o Encore Receivable Management
400 North Rogers Road
Olathe, KS 66063-3330

Lowe's
c/o Encore Receivable Management
P.O. Box 3330
Olathe, KS 66063-3330


Lowe's
c/o Encore Receivable Management
P.O. Box 47248
Oak Park, MI 48237


Lowe's Business Account
P.O. Box 530970
Atlanta, GA 30353-0970


Lowe's/GE Money Bank
Bankruptcy Department
P.O. Box 103104
Roswell, GA 30076


Lowes
P.O. Box 981064
El Paso, TX 79998-1064


Manufacturers News, Inc.
1633 Central Street
Evanston, IL 60201-1569


Manufacturers News, Inc.
c/o Receivable Managment Services
4836 Brecksville Rd., P.O. Box 523
Richfield, OH 44286


Marathan Petroleum
P.O. Box 740109
Cincinnati, OH 45274


Marathon Petroleum
c/o John C. Williams & Associates
1612 Northeast Expressway
Atlanta, GA 30329


Maverick Media
2830 Sandy Hollow Road
Rockford, IL 61109

MDC Environmental Services
1050 Greenlee Street
Marengo, IL 60152


MDC Environmental Services
c/o ARM Solutions
P.O. Box 2929
Camarillo, CA 93011-2929


Menards/Cherry Valley
2001 South Perryville Road
Rockford, IL 61112


Menards/HSBC Business Solutions
P.O. Box 5219
Carol Stream, IL 60197-5219


Menards/HSBC Business Solutions
P.O. Box 4160
Carol Stream, IL 60197-4160


Merchant Services
P.O. Box 2485
Spokane, WA 99210-2485


Mid-America Tile, Inc.
c/o Attorney Shawn C. Fulbright
1717 E. State St., P.O. Box 1510
Rockford, IL 61110-0010


Mohawk Factoring, Inc.
c/o Attorney Shawn C. Fulbright
1717 E. State St., P.O. Box 1510
Rockford, IL 61110-0010


National City
P.O. Box 856176
Louisville, KY 40285-6176


National City
P.O. Box 2349 #KA16F5
Kalamazoo, MI 49003-2349

National City
P.O. Box 2349
Kalamazoo, MI 49003-2349


National City Bank
One NCC Parkway
Mail Code K-A16-2B
Kalamazoo, MI 49009


National City Bank
P.O. Box 5570
Brecksville, OH 44101-0570


National City Bank
Loss Prevention R-J2S-57
400 West Fourth Street
Royal Oak, MI 48067-2557


National City Bank
P.O. Box 4068
Kalamazoo, MI 49003


National City Bank
P.O. Box 1954
Southgate, MI 48195-0954


Nicor
P.O. Box 0632
Aurora, IL 60507-0632


Northwest Quarterly Magazine
728 North Prospect Street
Rockford, IL 61107


Phillips 66
Processing Center
P.O. Box 689060
Des Moines, IA 50368-9060


Phillips 66
P.O. Box 689140
Des Moines, IA 50368-9140

Preverco Wood
c/o Group Echo
235-455 Marais
Vanier, QC


Quill Corporation
c/o Receivable Management Services
55 Shuman Road, P.O. Box 3099
Naperville, IL 60566-7099


Quill Corporation
c/o RMS
4836 Brecksville Road, P.O. Box 523
Richfield, OH 44286


Rockford Auto Glass
c/o Account Recovery Services, Inc.
P.O. Box 2526
Loves Park, IL 61132


Rockford Register Star
c/o Biehl & Biehl, Inc.
P.O. Box 87410
Carol Stream, IL 60188-7410


Rockford Register Star
c/o Biehl & Biehl, Inc.
325 East Fullerton Avenue
Carol Stream, IL 60188


Rockford Register Star
c/o Attorney Shawn C. Fulbright
1707 E. State Street, P.O. Box 1510
Rockford, IL 61110-0010


Sam's Club/GE Capital Financial
P.O. Box 530970
Atlanta, GA 30353-0970


Sam's Club/GE Capital Financial
P.O. Box 981064
El Paso, TX 79998-1064


Sharon Smith
3285 Samuelson Road
61109

Shaw Suburban Media
P.O. Box 250
Crystal Lake, IL 60039-0250


Shaw Suburban Media
c/o Transworld Systems
100 East Kimberly Road, #302
Davenport, IA 52806


Shaw Suburban Media
c/o Transworld Systems
P.O. Box 1864
Santa Rosa, CA 95402


Shaw Suburban Media
7717 South Route 31
Crystal Lake, IL 60014


Stephanie Luhman
PLEASE PROVIDE


Target National Bank
P.O. Box 59317
Minneapolis, MN 55459-0317


Target National Bank
c/o United Recovery Systems, LP
P.O. Box 722929
Houston, TX 77272-2929


Target National Bank
c/o United Recovery Systems
5800 North Course Drive
Houston, TX 77072


The Home Depot
c/o LTD Financial Services
7322 Southwest Freeway, Suite 1600
Houston, TX 77074


United Flooring Distributors, Inc.
6201 Material Avenue
Loves Park, IL 61111

United Flooring Distributors, Inc.
c/o Attorney Paul S. Godlewski
One Court Place, Suite 103
Rockford, IL 61101


Verizon
c/o NCO Financial Systems
P.O. Box 15391
Wilmington, DE 19850-5391


Verizon
c/o NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19044


Verizon
P.O. Box 15630
Wilmington, DE 19850


Wescott-Hindmarash
5621 West 115 Street
Alsip, IL 60803-5125


Westfield Insurance Group
3 Golf Road, Suite 352
Hoffman Estates, IL 60169


Westfield Insurance Group
c/o Attorney Michael S. Baim
30 North LaSalle Street, Suite 1520
Chicago, IL 60602


Westfield Insurance Group
P.O. Box 5001
Westfield Center, OH 44251-5001


WQRF/WTVO
1917 North Meridian Road
P.O. Box 470
Rockford, IL 61105


WQRF/WTVO
c/o Commercial Recovery Corporation
9298 Central Avenue NE, Suite 310
Minneapolis, MN 55434

```
Yellow Book USA
c/o Rauch-Milliken International
P.O. Box 8390
Metairie, LA 70011-8390
```

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Creative Tile & Marble, Inc.**

Debtor(s)

Case No. 

Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Creative Tile & Marble, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 20, 2009**

Date

**/s/ Stephen G. Balsley**

**Stephen G. Balsley**

Signature of Attorney or Litigant

Counsel for    **Creative Tile & Marble, Inc.**

**Barrick, Switzer, Long, Balsley & Van Evera**

**6833 Stalter Drive**
**Rockford, IL 61108**
**815/962-6611 Fax:815/962-0687**